■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EZRA DAVIS, Appellant. [677 NYS2d 466] —Judgment, Supreme Court, New York County (Patricia Williams, J.), rendered June 29, 1995, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

On the existing record, which defendant has not sought to amplify by way of a motion pursuant to CPL 440.10 (*see, People v Love*, 57 NY2d 998), defendant received meaningful representation (*People v Baldi*, 54 NY2d 137).

In this observation sale case, the jurors' court-supervised, limited use of the police binoculars during deliberations was permissible (*People v Lennon*, 223 AD2d 403, *lv denied* 87 NY2d 1021). Concur—Rosenberger, J. P., Ellerin, Nardelli and Williams, JJ.

■ In the Matter of STANLEY SEIDE (Admitted as STANLEY M. SIEDE), a Disbarred Attorney. [679 NYS2d 275] —Reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Concur—Ellerin, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.

■ In the Matter of ABBOT N. SOLOMON (Admitted as ABBOT NEIL SOLOMON), an Attorney. [679 NYS2d 275] —Motion to accept respondent's resignation denied with leave to renew upon submission by respondent of an affidavit which complies with the requirements set forth in 22 NYCRR 603.11 (a) (2) and (3). Concur—Sullivan, J. P., Nardelli, Williams, Tom and Mazzarelli, JJ.